IN THE UNITED STATES DISTRICT COURT
NORTHERN  DISTRICT OF ILLINOIS

WILLIE F WRIGHT  JR
TIFFANI A BLASH
   PLANTIFF
     VS
ALLSTATE / THEFT NUMBER
#0738921733
   DEFENDANT

**F I L E D**

**MAR 28 2024**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DIVERSITY OF  CITIZENSHIP

Case # 3:24-CV-50087

AMENDMENT TO COMPLIANT TO ADD FACTS,CORRECT DATES, AN TO ADVISE THAT
THIS COMPLIANT IS ABOUT A THEFT CLAIM THAT OCCURRED AFTER THE FIRE AT THE
SAME HOUSE.

Comes now Plantiffs and moves  This  Honorable Court to Amend this complaint to Add Facts, Correct
dates, an to advise the Court that this complaint is about a theft claim that occurred after the fire at the
same house.

PETITION FOR BREACH OF CONTRACT /AGREEMENT BAD FAITH BY EXCESSIVE DELAY,
DISCRIMINATION BASED ON RACE.

Comes Now Plaintiffs and moves This Honorable Court To Bring this above Styled Action against
Allstate Insurance Company For Good Cause Under the Diversity of Citizenship Statue.

I. Declaration (28 U.S.C  1746 )

1. On Nov 28th 2023 We lost our House due to Fire, and we had to take our "Many dogs " and Cat and
sneak them in a hotel. On Dec 1st 2023 we went to view our Home and Discovered that Several Things
had been Stolen From inside the House, The yard , and Our Utility Storage Building "12x24 ", that we
use to House  Our Many Dogs. Tiffani Called the Sheriff's Department through  911 but no one came
due to it being a Non Emergency call, However on Dec 4th 2023  a Deputy Stephanie Ash came to the
house and met with Me and Tiffani and Did a Report.
On Dec 5th 2023 an email with pictures of some of the stolen things and a Video From a Neighbor that
Showed the Suspects leaving my Property With a 46in cut Zero Turn, this was sent to the Deputy
Sash@maconbibb.us .The email was Sent to the Fire Adjusters under Claim Number # 0737379156.
The Adjuster at the Time was Cecilia Collins Who advised me to File a New Claim for the Theft On
Dec 11th 2023. On Dec 13th 2023 I obtained an email Stating "We received your Claim", And the new
Claim number was  #0738921733.

On Mon Dec 18th 2023, 9:42am We sent a email with a Formal list of Stolen Property in reflection of
the list Emailed to the Deputy who Filed the police report. However On Dec 20th 2023  MDR
Construction Company Started the Demolition on our House and Moved  things From the House to my
Trailer in the Backyard , Motor Home in the front yard and put a Maytag Washing Machine on the
Porch. On Dec 21st 2023 we went to the House  and Discovered that Several Items were Stolen, and at
that point I was very upset. I informed Allstate and they simply advise me to add it to the Stolen items
list and make sure it was on the police report. However I started my own investigation because I felt

P-1oF 3

Violated as a "Man' "Father" and "Future Husband". My investigation revealed That a Guy Named Jessie Wealot Stole our things, I obtained Video, Audio and pictures evidence of the suspect
1. Posting on Facebook Items for sale that were "Stolen" that we were directed to by a witness.
2.Recordings from witnesses Stating they told him to take our things back.
I submitted all the evidence to Bibb County Detective Terry and to Allstate and called the Sheriff on Jan 8th 2024 and he updated the police report to included everything that we could determine that had been Stolen from 12-21-2023 to 12-29-2023. Even though Allstate had Subjective and objective knowledge that Detective Terry was investigating, Allstate Employee Chris Connolly sent a private investigator to interfere with the ongoing investigation by trying to bribe and influence witnesses to say they seen things happened that they really did not see. On 1-24-24 we spoke to the P.I and she gave us her number and she told us that she hate getting Jobs from Chris Connolly Because he Clearly did not like Blacks, and he would always try to get her to do repetitive things and sent her on Witch hunts and fishing expeditions,but only if the person was black. On 1-25-2024 We went to Fedex and had the content list, police report , Sworn Statement package etc, PDF formatted and I called Chris and I asked him for a secure email to send it to him So that I know for sure he got it, Tiffani sent it to him on 1-25-2024 at 2:34pm to chris.connolly@allstate.com and he told us "I Got It" However the next week he was out of work and we Checked and no Acknowledgement had been Filed on the record at Allstate. I Called and talked to other adjuster's but Chris Connolly did not put in an Acknowledgement and update the file to reflect that he obtained the documents on 1-25-2024. On Feb 5th 2024 we contacted Chris Connolly and he then Stated, "I didnt get it" , but then he said I Found it, after I told him I recorded him saying 'I Got It", on 1-25-2024. He Then advised us that he was still investigating and the Claim had to be remanded back to Sheila Sherling to get paid out. A few days later I spoke with Chris At phone number 248-308-9341 We had a argument about him not filing the acknowledgement on the correct date and why the Claim have not been remanded and he made a Statement "If you had a Saltire with 13 stars on it your Claim Would not have been so difficult to resolve", I didn't understand what he meant right off but I do now.
On Feb 7th 2024 I still was Jumping through hoops I sent an email and they sent me an email with acknowledgement that all the documents were received , but as I called in and told other adjuster's at Allstate Chris Connolly lied , and he obtained the Documents on 1-25-2024 and the record should be accurate. However since then I have been Given the run around, and my Adjuster was changed From Shelia Sherling to Sonja Persons and Sonja Persons keeps acting as if she is the Investigator, she talked with Detective Terry questioning him like she is his boss while we were on a conference call with both parties. And, recently since I accused them of bad faith the day after my Dad died on 2-20-2024 they told me they were getting a lawyer to make sure they didn't break any laws. Friday I spoke with my Adjuster Sonja Persons and she said she had no updates and they were getting a Lawyer, and she would let me know if they need anything else from Us. Our claim has been treated in no way like others Claims,from what other Adjuster's say. Me and my family have been going through a bad time my Dad was sick and has passed away 2-20-2024, and our house was almost destroyed due to fire, Our things were stolen after the fire and our insurance Company has Failed to pay Us for Our things that were stolen from Our Property even though we have a contract/ agreement, that they cover such losses Per Our insurance policy. It is now 2-24-2024 and nothing has been paid on the theft Claim, I guess because we dont have a Saltire with 13 stars on it.

## THIS _24th_ DAY OF MARCH 2024

### MADE UNDER PENALTY OF PERJURY

P- 2 OF 3

PRINT Willie F. Wright          PRINT Tiffani Blast

SIGN _____          SIGN _____ PRO SE

## DAMAGES

1. Compensatory Damages <u>200,000</u> / Bad Faith
2. Compensatory Damages <u>100 Million</u>/ Discrimination
3. Compensatory Damages <u>200,000</u> /Breach of Agreement
1. Punitive Damages <u>10 Million</u>/ Bad Faith
2. Punitive Damages <u>100 Million</u>/Discrimination
3. Punitive Damages <u>10 Million</u>/Breach of Agreement

TOTAL DAMAGES 220,400,000.00
TWO HUNDRED AND TWENTY MILLION FOUR HUNDRED THOUSAND
DOLLARS

## CERTIFICATE OF SERVICE

This is to Certify that a Copy of this will be sent By Ceritified
Mail to Mr Marvin D. Dikeman
3490 Piedmont Rd NE Suite 1210  Atlanta Ga 30305
Attorney for Allstate on __24th__ MARCH 2024

THIS __24th__ DAY OF MARCH 2024

Page 3 of 3