# United States District Court
# Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4) (Rockford)
# CIVIL DOCKET FOR CASE #: 3:24–cv–50087

Wright, Jr. et al v. Allstate  
Assigned to: Honorable Rebecca R. Pallmeyer  
Demand: $9,999,000  
Cause: 28:1446 Breach of Contract– Insurance

Date Filed: 02/28/2024  
Date Terminated: 09/22/2025  
Jury Demand: Defendant  
Nature of Suit: 110 Contract: Insurance  
Jurisdiction: Federal Question

**Plaintiff**

**Willie F. Wright, Jr.**   represented by   **Willie F. Wright, Jr.**  
3745 Dorothy Drive  
Macon, GA 31217  
478–456–8247  
Email: jman1willie3@gmail.com  
PRO SE

**Plaintiff**

**Tiffani A. Blash**   represented by   **Tiffani A. Blash**  
3745 Dorothy Drive  
Macon, GA 31217  
478–456–8247  
PRO SE

V.

**Defendant**

**Allstate**  
*Claim #0738921733*

represented by   **Thomas M. Wolf**  
Lewis Brisbois Bisgaard & Smith LlP  
550 W. Adams, Suite 300  
Chicago, IL 60661  
(312) 345–1718  
Fax: Not a member  
Email: thomas.wolf@lewisbrisbois.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven Patrick Slayden**  
Lewis Brisbois Bisgaard & Smith, Llp  
550 W Adams St  
Suite 300  
Chicago, IL 60612  
312–463–3421  
Email: steven.slayden@lewisbrisbois.com

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT filed by Willie F. Wright, Jr., Tiffani A. Blash; (Attachments: # 1 Envelope) (jp, ) (Entered: 02/29/2024) |
| 02/28/2024 | Ï | RECEIPT regarding payment of filing fee paid on 2/28/2024 in the amount of $405.00, receipt number 30000099. (jp, ) (Entered: 02/29/2024) |
| 02/29/2024 | Ï | CASE ASSIGNED to the Honorable Rebecca R. Pallmeyer and Honorable Lisa A. Jensen. Designated as Magistrate Judge the Honorable Lisa A. Jensen. Case assignment: Random assignment. (jp, ) (Entered: 02/29/2024) |
| 02/29/2024 | Ï 2 | ORDER: Local Rule 3.1 requires at the time of filing a case, plaintiff's counsel, or if the case is filed pro se, the plaintiff shall file with the original papers a completed designation sheet (civil cover sheet). No civil cover sheet was submitted at the time of filing this matter. Willie F. Wright, Jr. et al is directed to file the Civil Cover Sheet within 14 days of this notification. Signed by the Executive Committee. (jp, ) (Entered: 02/29/2024) |
| 02/29/2024 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post−trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jp, ) (Entered: 02/29/2024) |
| 02/29/2024 | Ï | MAILED copy of the Clerk's Notice entry along with the Joint Consent Form, civil cover sheet, and pro se appearance forms to Willie F. Wright, Jr. and Tiffani A. Blash. (jp, ) (Entered: 02/29/2024) |
| 03/01/2024 | Ï 3 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs Willea F. Wright and Tiffani A. Blash, who are residents of Macon, Georgia, have filed a breach of contract complaint against Allstate Insurance Company. Plaintiffs allege that the Allstate has stalled or failed to pay a claim for loss of the Plaintiffs' home in a fire. Plaintiffs invoke under the court's diversity jurisdiction; Defendant Allstate is headquartered in Illinois. Plaintiffs' allegationsthat they were denied prompt payment in part based on racemay also support exercise of the court's federal question jurisdiction. Plaintiffs have paid the court's filing fee but have not yet filed the civil cover sheet nor arranged for service of process on Allstate. Plaintiffs are directed promptly to take those steps and are encouraged to review the court's directions in this regard, on page 5 of the court's Guide for Pro Se Litigants. https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_ProSe/forms/Pro%20Se%20Help%20Packet−English.pdf. Pursuant to IOP 11(d)(1), the court sets aside the initial general reference of this case to a magistrate judge. Parties are, however, encouraged to consent to proceed before the magistrate judge for all purposes or for limited purposes pursuant to our Local Rule 73.1(a), (g). Mailed notice. (cp, ) (Entered: 03/01/2024) |
| 03/07/2024 | Ï 4 | MOTION by Plaintiff Willie F. Wright, Jr. For Service by The U.S. Marshal (Attachments: # 1 USM 285, # 2 Envelope) (jp, ) (Entered: 03/07/2024) |
| 03/07/2024 | Ï 5 | AMENDED complaint by Willie F. Wright, Jr., Tiffani A. Blash against Allstate (pg, ) (Entered: 03/07/2024) |
| 03/07/2024 | Ï 6 | CIVIL Cover Sheet (pg, ) (Entered: 03/07/2024) |
| 03/07/2024 | Ï 7 | PRO SE Appearance by Plaintiffs Tiffani A. Blash, Willie F. Wright, Jr. (pg, ) (Entered: 03/07/2024) |
| 03/11/2024 | Ï 8 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for service by the U.S. Marshal 4 is granted. The Marshals Service is invited to seek a waiver of service. Absent waiver, Plaintiffs are reminded that they will be required to pay the reasonable fees of the Marshal. Mailed notice. (cp, |

| | | |
|---|---|---|
| | | ) (Entered: 03/11/2024) |
| 03/28/2024 | Ï 9 | AMENDED complaint by Willie F. Wright, Jr., Tiffani A. Blash against Allstate (Attachments: # 1 Envelope)(pg, ) (Entered: 03/28/2024) |
| 05/01/2024 | Ï 10 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs filed this lawsuit on February 29, 2024, and submitted an amended complaint in early March. They have not yet moved forward with service of process, however, and are directed promptly to complete and return the USM−285 (Marshals Service) forms to the United States Marshals Service. Plaintiffs are again directed to review the court's directions concerning service on page 5 of the court's Guide for Pro Se Litigants. https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_ProSe/forms/Pro%20Se%20Help%20Packet−English.pdf. Mailed notice. (cp, ) (Entered: 05/01/2024) |
| 07/26/2024 | Ï 11 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs have reportedly not completed and returned the USM−285 (Marshals Service) form as directed earlier. Plaintiffs are directed to show cause in writing, before August 12, 2024, why this case should not be dismissed for want of prosecution. The Clerk is directed to mail this order to the Plaintiffs at their last known address. Mailed notice. (cp, ) (Entered: 07/26/2024) |
| 09/04/2024 | Ï 12 | RESPONSE by Plaintiffs Tiffani A. Blash, Willie F. Wright, Jr. to 11 (Attachments: # 1 Envelope)(pg, ) (Entered: 09/04/2024) |
| 09/09/2024 | Ï 13 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Clerk is directed to send new USM−285 forms to Plaintiffs, who are directed to complete one such form for each named Defendant, and promptly return them to the Marshals Service. Mailed notice. (cp, ) (Entered: 09/09/2024) |
| 09/17/2024 | Ï | MAILED USM forms and instructions to Willie F. Wright, Jr. and Tiffani A. Blash. (jp, ) (Entered: 09/17/2024) |
| 10/09/2024 | Ï 14 | Notice Of Compliance by Willie F. Wright, Jr. (Attachments: # 1 Envelope)(pg, ) (Entered: 10/09/2024) |
| 12/27/2024 | Ï 15 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/27/2024: Mailed notice. (tg, ) (Entered: 01/01/2025) |
| 02/24/2025 | Ï 16 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Clerk of the Court is directed to issue summons to Defendant Allstate. Mailed notice. (cp, ) (Entered: 02/24/2025) |
| 03/12/2025 | Ï 17 | SUMMONS Issued (Court Participant) as to Defendant Allstate with order and amended complaint to the USMS for service upon receipt of USM 285 form. (jp, ) (Entered: 03/12/2025) |
| 05/14/2025 | Ï 18 | SUMMONS Returned Executed as to Allstate on 5/14/2025, answer due 6/4/2025. Received Via Pro Se Mail On 5/14/25 (pg, ) (Entered: 05/14/2025) |
| 06/04/2025 | Ï 19 | |

| | | |
|---|---|---|
| | | ATTORNEY Appearance for Defendant Allstate by Thomas M. Wolf (Wolf, Thomas) (Entered: 06/04/2025) |
| 06/04/2025 | Ï 20 | ANSWER to amended complaint by Allstate(Wolf, Thomas) (Entered: 06/04/2025) |
| 06/06/2025 | Ï 21 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties are directed to submit a Report of Planning Meeting by 6/27/2025. A Web–ex video status hearing is set for 7/10/2025 at 11:15 a.m. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join. Members of the public and media will be able to call in to listen to this hearing. The call number is 650–479–3207 and access code is 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, ) (Entered: 06/06/2025) |
| 06/27/2025 | Ï 22 | REPORT of Rule 26(f) Planning Meeting by Allstate (Wolf, Thomas) (Entered: 06/27/2025) |
| 06/29/2025 | Ï 23 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for their Report and enters the schedule they have proposed as follows: Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by July 11, 2025. All discovery to be commenced in time to be completed by November 21, 2025. As fact discovery will not be complete until November 21, 2025, and Plaintiffs have indicated they do not intend to retain an expert, the court directs that Defendant disclose any expert witness by January 19, 2026, and that expert discovery (including depositions, if any) be complete by February 26, 2026 Dispositive motions, if any, shall also be filed by February 26, 2026. Absent the filing of such a motion, the parties shall submit a joint pretrial order by March 20, 2025, and proceed to trial on April 6, 2026. Web–ex video status hearing remains set for 7/10/2025 at 11:15 a.m. Mailed notice (ags) (Entered: 06/29/2025) |
| 07/09/2025 | Ï 24 | ATTORNEY Appearance for Defendant Allstate by Steven Patrick Slayden (Slayden, Steven) (Entered: 07/09/2025) |
| 07/10/2025 | Ï 25 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video status hearing convened. As stated on the record, the parties are directed to exchange written discovery by 7/31/2025 (written interrogatories and requests to produce). The court amends the minute order entered on 6/29/2025 23 only to correct the deadline for the joint pretrial order which should read: 3/20/2026. A telephone status hearing is set for 9/24/2025 at 10:30 a.m. CST. To join the telephone hearing please dial 1–650–479–3207 or 1–855–244–8681 (toll free) and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, ) (Entered: 07/14/2025) |
| 08/01/2025 | Ï 26 | CERTIFICATE Certificate of Service to Defendnat's Rule 26(a)(1) Initial Disclosures *served on July 11, 2025* (Wolf, Thomas) (Entered: 08/01/2025) |
| 08/01/2025 | Ï 27 | CERTIFICATE Certificate of Service Written Discovery to Plaintiffs' (Wolf, Thomas) (Entered: 08/01/2025) |
| 08/21/2025 | Ï 28 | MOTION by Defendant Allstate to transfer case *Venue Pursuant to 28 U.S.C. §1404(a)* (Wolf, Thomas) (Entered: 08/21/2025) |
| 08/21/2025 | Ï 29 | MEMORANDUM by Allstate in support of motion to transfer case 28 *Venue Pursuant to 28 U.S.C. §1404(a)* (Attachments: # 1 Exhibit 1)(Wolf, Thomas) (Entered: 08/21/2025) |

| | | |
|---|---|---|
| 08/22/2025 | Ï 30 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant's motion to transfer 28 is entered and continued. Plaintiffs' objections, if any, shall be filed on or before September 8, 2025; reply due September 17, 2025. Mailed notice. (cp, ) (Entered: 08/22/2025) |
| 08/27/2025 | Ï | Set/Reset Hearings: Jury Trial set for 4/6/2026 at 09:00 AM. (cp, ) (Entered: 08/27/2025) |
| 09/08/2025 | Ï 31 | OBJECTION by Tiffani A. Blash, Willie F. Wright, Jr. to MOTION by Defendant Allstate to transfer case Venue Pursuant to 28 U.S.C. §1404(a) 28 . Received By Mail In The Clerk's Office On 9/8/25 (Attachments: # 1 Envelope)(pg, ) (Entered: 09/08/2025) |
| 09/17/2025 | Ï 32 | REPLY by Defendant Allstate to motion to transfer case 28 (Attachments: # 1 Exhibit 1)(Wolf, Thomas) (Entered: 09/17/2025) |
| 09/22/2025 | Ï 33 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs Willea F. Wright and Tiffani A. Blash, residents of Macon, Georgia, have filed a breach of contract complaint against Allstate Insurance Company. Plaintiffs allege that Allstate has stalled or failed to pay a claim for loss of the Plaintiffs' home in a fire. The case was filed in this district court, where Allstate Insurance Company is headquartered, and Defendant does not challenge the court's jurisdiction. But Allstate has moved for transfer of venue of this case to the federal court in Georgia. The case arises out of a theft of personal property from Plaintiff's residence in Macon, Georgia. Venue is proper in Georgia, where a substantial part of the events or omissions giving rise to this case occurred, and where the personal property that was stolen was situated. More importantly, the insurance policy attached to Allstate's motion contains a forum selection clause, which provides that "any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in the state in which the residence premises is located." (Allstate Policy, Exh. 1 to Defendant's Motion for Transfer [29–1], at 5.) Plaintiffs contend they are not certain that the policy attached as an exhibit to Defendant's motion "is the exact copy" of Plaintiffs' policy (Plaintiffs' Objection 31 at 2)but they have not provided a copy of their own policy and offer no reason for the court to conclude that it lacks similar forum selection language. And Defendant has offered evidence that the Policy attached to their motion is "the only insurance policy between Plaintiffs and Defendants providing coverage for the Property." (Affidavit of Juan Elizondo, Exh. 1 to Defendants' Reply [32–1] 5.) Defendant's motion for transfer 28 is granted. The Clerk is directed to transfer this case to the United States District Court for the Northern District of Georgia. Mailed notice. (cp, ) (Entered: 09/22/2025) |
| 10/06/2025 | Ï 34 | TRANSFERRED to the Northern District of Georgia the electronic record via email. (jp, ) (Entered: 10/06/2025) |
| 11/07/2025 | Ï 35 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Clerk for the Northern District of Georgia has advised that because Plaintiffs reside in Macon, Georgia, the Middle District of Georgia is the proper venue for this case. The Clerk is directed to transfer this case, forthwith, to the United States District Court for the Middle District of Georgia. Mailed notice. (cp, ) (Entered: 11/07/2025) |
| 11/14/2025 | Ï 36 | TRANSFERRED to the the Middle District of Georgia the electronic record via email. (jp, ) (Entered: 11/14/2025) |